# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00222-CV

**Aniol III, Ltd. d/b/a River Gardens, Appellant**

**v.**

**D. B. and C. P., Individually and as Next Friends of D. P.,
an Incapacitated Adult, Appellees**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. C2020-1536D, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Aniol III, Ltd. d/b/a River Gardens has filed an unopposed motion to dismiss this appeal. In its motion, appellant informs the Court that the parties have agreed to move that the appeal be dismissed with prejudice, that costs should be paid by the party incurring the same, and that mandate be issued early to effectuate the dismissal of the appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: March 23, 2022